Derek N. JARVIS, Plaintiff–Appellant,

v.

The CHRISTMAS ATTIC,
Defendant–Appellee.

No. 14–1103.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

Derek N. Jarvis, Appellant Pro Se. Victor M. Glasberg, Victor M. Glasberg & Associates, Alexandria, Virginia, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals the district court's January 17, 2014, order denying his motion to file a second amended complaint. Because we affirmed the dismissal of his previous complaint, the time period for filing an amended complaint had expired. *See* Fed.R.Civ.P. 15(a). Accordingly, we affirm. We deny Jarvis' motion to proceed in forma pauperis, deny Appellee's motion to designate Jarvis as a "vexatious litigant," and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*